FILED

2003 OCT 14 P 12: 39

US DISTRICT COURT
HARTFORD CT

UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

ALLIANCE ROOFING LLC,
DUSTIN ESKRIDGE AND
THAD LUZZI,

      CIVIL NO: 3:03 CV 0510 (DJS)

   Plaintiffs
VS.

ALLIED ROOFING & SHEET METAL CO.,
CARMINE J. NAPOLITANO, III,
MICHAEL NAPOLITANO, AND
ROBERT F. SEGDA, JR.,
   Defendants

      OCTOBER 14, 2003

### FIFTH MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' FIRST SET OF INTEROGATORIES AND REQUESTS FOR PRODUCTION

Pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure and Local Rule 9 (b), Plaintiffs move for a fifth extension of time of thirty (30) days to respond to Defendants' First Set of Interrogatories and Requests For Production. The parties are engaged in settlement discussions, and the parties need additional time to complete their respective discovery compliance. Defendants' counsel has no objection to granting Plaintiffs requested extension of time to respond to Defendants' written discovery.

**NO ORAL ARGUMENT REQUESTED**

1

PLAINTIFFS

BY _____
Steven E. Arnold, ct 07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Fax. (860) 561-0646
Their Attorneys

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on October 14, 2003:

John F. Droney, Esq.
Jeffrey J. Mirman, Esq.
David A. DeBassio, Esq.
Levy & Droney, P.C.
74 Batterson Park Road
Farmington, CT 06032

_____
Peter M. Van Dyke

STANGER & ARNOLD, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042