*10/14/03. Granted. Counsel will provide the undersigned with available dates in January 04.*

FILED

2003 OCT 14 P 12: 39

US DISTRICT COURT
HARTFORD CT

UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

ALLIANCE ROOFING LLC,
DUSTIN ESKRIDGE AND
THAD LUZZI,

    Plaintiffs

VS.

ALLIED ROOFING & SHEET METAL CO.,
CARMINE J. NAPOLITANO, III,
MICHAEL NAPOLITANO, AND
ROBERT F. SEGDA, JR.,
    Defendants

CIVIL NO: 3:03 CV 0510 (DJS)

OCTOBER 14, 2003

## MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE

Pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Rule 7, Plaintiffs move for a continuance of the Settlement Conference that is scheduled on October 16, 2003 at 10:00 a.m. before Judge Thomas P. Smith. Counsel for Plaintiffs has a long standing out-of-state commitment on October 16 and 17, 2003. Defendants' counsel has no objection to granting Plaintiffs' motion for continuance. This is Plaintiffs' first request for continuance of the Settlement Conference.

**NO ORAL ARGUMENT REQUESTED**

2003 OCT 14 P 12: 18
US DISTRICT COURT
HARTFORD CT

1

STANGER & ARNOLD, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

PLAINTIFFS

BY _____
Steven E. Arnold, ct 07966
sea@SAlaw.us
Peter Van Dyke, ct 24727
pvd@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Fax. (860) 561-0646
Their Attorneys

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on October 14, 2003:

John F. Droney, Esq.
Jeffrey J. Mirman, Esq.
David A. DeBassio, Esq.
Levy & Droney, P.C.
74 Batterson Park Road
Farmington, CT 06032

_____
Peter M. Van Dyke

STANGER & ARNOLD, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042