*[Handwritten in left margin: "GRANTED in part. No further extensions shall be granted. All other scheduled deadlines shall not be modified by this Order. to and including November 7, 2003. 10/15/03"]*

FILED

2003 OCT 10  A 11: 25

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALLIANCE ROOFING LLC, DUSTIN ESKRIDGE AND THAD LUZZI<br>Plaintiff,<br><br>VS.<br><br>ALLIED ROOFING & SHEET METAL CO., CARMINE J. NAPOLITANO, III, MICHAEL NAPOLITANO, ROBERT F. SEGDA, JR.<br>Defendant. | CIVIL NO:<br>3:03 CV 0510 (DJS)<br><br><br><br><br><br>OCTOBER 3, 2003 |

## MOTION FOR A FOURTH EXTENSION OF TIME TO REPLY AND OBJECT TO PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

Pursuant to Rule 33 (b)(3) of the Federal Rules of Civil Procedure and Local Rule 7 (b), Defendants move for a fourth extension of time of thirty (30) days to respond and/or object to Plaintiffs' First Set of Interrogatories and Requests for Production. Plaintiffs' counsel has no objection to granting Defendants a fourth extension of time to respond to Plaintiffs' First Set of Interrogatories and Requests for Production. Defendants need this

*[Upside-down FILED stamp: 2003 OCT 15  P 4: 21  US DISTRICT COURT  HARTFORD CT]*