## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ALLIANCE ROOFING, LLC, ET AL          :
    **Plaintiffs**

    **v.**                                                    :  **CIVIL NO.: 3:03cv510(DJS)**

ALLIED ROOFING & SHEET METAL
CO., ET AL                                              :
    **Defendants**

### ORDER

The Plaintiffs' Fifth Motion for Extension of Time to Reply to Defendants' First Set

of Interrogatories and Requests for Production (Doc. #36) is hereby **GRANTED to and**

**including November 14, 2003.**  There will be no further extensions of time granted.

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this   24th   day of October, 2003.


                     /s/DJS
                     Dominic J. Squatrito
                     United States District Judge