FILED

2004 FEB 19 P 4: 50

UNITED STATE DISTRICT COURT  DISTRICT COURT
DISTRICT OF CONNECTICUT   HARTFORD CT

| | |
|---|---|
| ALLIANCE ROOFING LLC,<br>DUSTIN ESKRIDGE AND<br>THAD LUZZI,<br><br>    Plaintiffs<br>VS.<br><br>ALLIED ROOFING & SHEET METAL CO.,<br>CARMINE J. NAPOLITANO, III,<br>MICHAEL NAPOLITANO, AND<br>ROBERT F. SEGDA, JR.,<br><br>    Defendants | :<br>:<br>:<br>:<br>: CIVIL NO: 3:03 CV 0510 (DJS)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: FEBRUARY 19, 2003 |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), the parties jointly move to modify the Court's May 1, 2003 Order to extend the date until March 22, 2004 for the parties to file the joint trial memorandum. The parties are currently engaged in good-faith settlement discussions, and need additional time to complete the joint trial memorandum. No other deadlines are requested or anticipated to be affected by this change.

1

**STANGER & ARNOLD, LLP**
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

|  |  |
|---|---|
| PLAINTIFFS<br>*[signature]*<br>_____<br>Peter M. Van Dyke, ct 24747<br>Stanger & Arnold, LLP<br>29 South Main Street<br>West Hartford, CT 06107<br>Tel (860) 561-0650<br>Their Attorneys | Respectfully submitted,<br><br>DEFENDANTS<br>*David Debassio /pmb*<br>_____<br>David Debassio, ct24365<br>Levy & Droney, P.C.<br>74 Batterson Park Road<br>P.O. Box 887<br>Farmington, CT 06034<br>Tel (860) 676-3000<br>Their Attorneys |

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on February 19, 2004:

John F. Droney, Esq.
Jeffrey J. Mirman, Esq.
David A. DeBassio, Esq.
Levy & Droney, P.C.
74 Batterson Park Road
Farmington, CT 06032

*[signature]*
_____
Peter M. Van Dyke

STANGER & ARNOLD, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042