UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALLIANCE ROOFING, LLC, ET AL         :
    Plaintiffs

v.                                   :  CIVIL NO.: 3:03cv510(DJS)

ALLIED ROOFING & SHEET METAL
CO., ET AL                           :
    Defendants

### ORDER

The Joint Motion to Modify Scheduling Order (Doc. #41) is hereby **GRANTED.**

The parties shall file their joint trial memorandum by **March 22, 2004**. This case shall be trial ready **April 2004. No further extensions shall be granted.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this  23rd  day of February, 2004

    /s/DJS
    Dominic J. Squatrito
    United States District Judge