UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALLIANCE ROOFING, LLC, ET AL     :
    Plaintiffs

v.     : CIVIL NO.: 3:03cv510(DJS)

ALLIED ROOFING & SHEET METAL
CO., ET AL     :
    Defendants

### ORDER OF DISMISSAL

The case having been reported settled, the Court hereby orders, pursuant to Federal Rule of Civil Procedure 41(a)(2), that it be **dismissed without prejudice** to the plaintiffs moving to reopen the case on or before **April 19, 2004**. If the plaintiffs do not move to reopen the case on or before **April 19, 2004**, the dismissal of this action shall be **with prejudice**. This dismissal is without costs to either party. The Clerk is hereby directed to **close this case**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   19th    day of March, 2004

        /s/DJS
        Dominic J. Squatrito
        United States District Judge