UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALLIANCE ROOFING LLC, : | |
| DUSTIN ESKRIDGE AND : | |
| THAD LUZZI, : | |
| : | CIVIL NO: 3:03 CV 0510 (DJS) |
| Plaintiffs : | |
| VS. : | |
| : | |
| ALLIED ROOFING & SHEET METAL CO., : | |
| CARMINE J. NAPOLITANO, III, : | |
| MICHAEL NAPOLITANO, AND : | |
| ROBERT F. SEGDA, JR., : | |
| : | |
| Defendants : | APRIL 15, 2004 |

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), the parties jointly move to modify the Court's March 19, 2004 Order to extend the date until May 15, 2004 to finalize the parties' settlement agreement before the Court dismisses this action with prejudice.

1

**STANGER & ARNOLD,** LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

|  |  |
|---|---|
|  | Respectfully submitted, |
| PLAINTIFFS | DEFENDANTS |
| Peter M. Van Dyke, ct 24747 | David Debassio, ct24365 |
| Stanger & Arnold, LLP | Levy & Droney, P.C. |
| 29 South Main Street | 74 Batterson Park Road |
| West Hartford, CT 06107 | P.O. Box 887 |
| Tel (860) 561-0650 | Farmington, CT 06034 |
| Their Attorneys | Tel (860) 676-3000 |
|  | Their Attorneys |

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on April 15, 2004:

John F. Droney, Esq.
Jeffrey J. Mirman, Esq.
David A. DeBassio, Esq.
Levy & Droney, P.C.
74 Batterson Park Road
Farmington, CT 06032

                                              Peter M. Van Dyke