**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **ALLIANCE ROOFING, LLC, ET AL**<br>　　Plaintiffs | : |
| v. | : CIVIL NO.: 3:03cv510(DJS) |
| **ALLIED ROOFING & SHEET METAL CO., ET AL**<br>　　Defendants | : |

**ORDER**

The Joint Motion for Extension of Time (Doc. #44) to finalize settlement agreement is hereby **GRANTED in part to and including May 14, 2004**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __26th__ day of April, 2004

　　　　　　　　　　　　　　　　　　　　/s/DJS_____
　　　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　　　United States District Judge