UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALLIANCE ROOFING LLC, <br> DUSTIN ESKRIDGE AND <br> THAD LUZZI, <br>     Plaintiffs <br> VS. <br><br> ALLIED ROOFING & SHEET METAL CO., <br> CARMINE J. NAPOLITANO, III, <br> MICHAEL NAPOLITANO, AND <br> ROBERT F. SEGDA, JR., <br>     Defendants | CIVIL NO: 3:03 CV 0510 (DJS) <br><br><br><br><br><br><br><br> MAY 13, 2003 |

## STIPULATION OF DISMISSAL

    It is hereby stipulated and agreed by and among Plaintiffs, Alliance Roofing LLC, Dustin Eskridge, and Thad Luzzi, and Defendants, Allied Roofing & Sheet Metal Co., Carmine J. Napolitano, III, Michael Napolitano, and Robert F. Segda, that Plaintiffs claims be dismissed with prejudice, each party to bear its own costs.

                                         PLAINTIFFS

                                         BY_____
                                            Peter M. Van Dyke, ct24747
                                            pvd@SAlaw.us
                                            Stanger & Arnold, LLP
                                            29 South Main Street
                                            West Hartford, CT 06107
                                            Tel. (860) 561-0650
                                            Fax. (860) 561-0646
                                            Their Attorneys

## **CERTIFICATION**

  I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on May 13, 2004:

John F. Droney, Esq.
Jeffrey J. Mirman, Esq.
David A. DeBassio, Esq.
Levy & Droney, P.C.
74 Batterson Park Road
Farmington, CT 06032

                     _____
                     Peter M. Van Dyke

**STANGER & ARNOLD,** LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042