UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALLIANCE ROOFING, LLC, ET AL    :
    Plaintiffs

v.    : CIVIL NO.: 3:03cv510(DJS)

ALLIED ROOFING & SHEET METAL
CO., ET AL    :
    Defendants

### ORDER OF DISMISSAL

The Stipulation of Dismissal (Doc. #46) with prejudice is hereby **GRANTED**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __14th__ day of May, 2004

    /s/DJS
    Dominic J. Squatrito
    United States District Judge

AO 72A
(Rev.8/82)